Name: JOHN C. FERGUSON
Address: 2400 2nd ST. N.W. ALBUQUERQUE, N.M. 87102

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 SEP -1 AM 11: 28
CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOHN C. FERGUSON (Full Name), Plaintiff

CASE NO. **22cv649 LF**
(To be supplied by the Clerk)

v.

NEXSTAR MEDIA Group INC., Defendant(s)
#13 Broadcast Dr. ABQ N.M. 87102

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) JOHN C. FERGUSON (Plaintiff), is a citizen of NEW MEXICO (State) who presently resides at 2400 2nd ST. NW ALBUQUERQUE NEW MEXICO, 87102 (Mailing address or place of confinement).

2) Defendant NEXSTAR MEDIA GROUP (Name of first defendant) is a citizen of ALBUQUERQUE NEW MEXICO (City, State), and is employed as CHANNEL 5/Dopler 7 (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☐   No ☐   If your answer is "Yes", briefly explain:

3) Defendant **STEEL Bridge** is a citizen of
(Name of second defendant)
**ALBUQUErQUE, NEW MEXICO**, and is employed as
(City, State)
**STEEl Bridge**. At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐   No ☐   If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

THE NEW MEXICO STATE Police Run A surveillance Program using Oopler 7 SATTeliTE, OVERSeeing CHANNEl 5 whom IS TIED IN wiTH The CHANNEl 4 & 13 NEWS blog & STEElbridge whom STAlk ME, chemicAl induce me, EVErywhere I Go The keep Telling People RuN ME OVER, PrEVENT ME FrOM gAiNiNg EmploymeNT AS WEll 2/7 AS AloT OF 2 OTHer Illegal ACTIViTy

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: THE STATE POlice wrongfully ENTERed ME IN A program THEY HAd NO Right TO SOME 10 years Ago & HAVE STAlked ME, RUiNed MY BUSiNESS, I LosT MY HOME & HAVE BeeN Forced To Be HOMeless.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

PAM HAMILTON/Doplez 7, JiM MADDEN Doplez 7 CHeryL, KIM, COlTON, OFFiceRS SHANNON & OFFICER MOYA OF A.P.O. Open SPace Police DiviSioN & MANY OTHeRS, IN whole IT is chaNNEL 5 SurveillANce program & THey claim THey HAUE A CASE ON ME & HAVE DesTroyED MY Life & RepuTATioN

B)(1) Count II: THey OVER see steelbridge HoMEless program & FACiliTATe THe ACTioNS oF THese People TO STAlk me Rob ME, ASSult ME, & HAVE DesTroyed MY RepuTATioN & LifE

(2) Supporting Facts:

60 ComplAiNTS Filed AT 9TH FlooR RISK MNGT. AT CiTY Hall COpies HANd Delivered TO MAYORS OFFice DATiNg Back To MAYOR Berry, OveR 100 police RepORTS To A.P.O. ANd I HAVE Begged ANd Pleaded For Help To Resolve THIS MATTeR & THEY HAVE DoNE NoTHiNg ANd IgNOREd my complAiNTS ANd Do NOT leave ME AloNE!

## C. CAUSE OF ACTION

c)(1) Count IV:

There is no mystery as to the Airwaves Sounds in our community Everywhere i Go & Have Gone in the last 8-10 years it is very appearant as to Be followed By some sort of intesnet program & they Keep saying their Narcotic investigators. I can feel electric pulses in my Eye full power and very obvious. they continuously electricute my Eyes my temples, they at Night electricute my testicles, my Anus, they rip across my Abdomen, my chest in which feel like someone is ripping a knife across my chest & stomach. They agitate & harass me, threaten me & I cant even gain Employment because they tell people bad stuff & lies about me, they tell me their not allowing me to get a job, their keeping me broke & homeless & that im their government experement. A couple names of people whom are very clear are Cheryl, I beleive from channel

4 News & Blog, Jim, Colton, Jarred, Norman, Majda, Wade, Dan Marquis, Becky, Joyce, Kaleb, officers from Open Space Division, Officer Shannon, Officer Moya, an A.P.D officer they call "Bull" whom looks like the baliff from the T.V. sitcom a tall native bald head, large muscular build, Pam Hamilton of running the Dopler, Damion, Kim, Wyatt, Lyle, as well as a woman they call "Maude" whos name is Fran or Francis a night supervisor. Now, all individuals are a 'combo' from SteeleBridge, Channel 5 news, 4 & 13 and the Sheriffs Dept. & A.P.O law enforcement, I'am electricuted, stalked, tortured, chemical induced & this goes on 24/7 and they keep telling me I'm dead. Ive filed over 100 police reports 400 911 calls complaints of about 70 to 9th floor risk management at City Hall copies hand delivered to the mayors office & anymore I have kept calling & made a phone complaint to police & they say they'll

Send a unit and every time they leave me standing for no less than 2-3 hours and no one ever shows and they start electrocuting me threatening me & telling me in the airwaves "no ones letting me file a report and telling me they "are" law enforcement and to co-operate. I've tried at least 20 times recently to make a report and the police dept. refuses to allow me to do so. They are loud, will NOT take me off their target or off their monitor 24/7 and ruin me everywhere I go. And torture me everywhere I go and tell me im a government experiment. Last night I can hear clear as a bell either Becky or Chery from News 4 show up to meet "Yazzie" or whomever has access to the osprey or drone from satellite and their discussing Loggins has on as he re-gained access to it. Their also conducting drug activity. They then last night started electricuting my testicles for 45 minutes. I'm suing for 6.9 million dollars, I'm forced to be broke & homeless and they wont quit.

C)(1) Count III:

STEEl Bridge OF AlBuQueRQue N.M. Also HAS Access To THIS Dop'lkr 7 SATTeliTe And Does NOT STOP STALKiNG ME ¢ USiNG FeATures Such AS electricuting ME '¢ HAVE RuiNed MY RepuTATioN.

(2) Supporting Facts:

I HAVE OVER 100 police Reports About STEElBridge ¢ THeir ACTiONS ¢ THeir Program THey RUN. I AM Also Filing A Complaint To CiTY HAll 9TH Floor RiSK MGMT.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number:

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    d) Issues raised: _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: I AM SUING FOR 6 million & 400 THOUSAND Dollars FOR Illegally chemical INDucing me & Ruining MY LIFE & STAlking me DAily FoR A Period oF OVER 10 years.

_____     _____
Signature of Attorney (if any)              Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at __333 LOMAS SUITE 270__ on __8 - 29__ 20__22__
 (Location)   (Date)

_John C Ferguson_
(Signature)

XE-2  2/78                                   - 6 -